IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN PORRAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:16cv00968-B |
| | § | |
| ALLSTATE TEXAS LLOYD'S, | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY | § | |
| AND DAVID FRANK BACKER, | § | |
| | § | |
| Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Juan Porras and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims against all parties in accordance with their settlement agreement.

Respectfully submitted:

**THE POTTS LAW FIRM**

*/s/ Matthew J. Worrall*
Matthew J. Worrall
William H. Barfield
Andrew A. Woellner
The Potts Law Firm, LLP
100 Waugh Drive, Suite 350
Houston, Texas 77007

mworrall@potts-law.com
wbarfield@potts-law.com
awoellner@potts-law.com

**COUNSEL FOR PLAINTIFF**


**THOMPSON, COE, COUSINS & IRONS, L.L.P.**


Respectfully submitted,

 */s/ Roger D. Higgins* *
Roger D. Higgins, Attorney-in-charge
State Bar No.  09601500, IL 6182756
rhiggins@thompsoncoe.com
John B. Reyna, Of Counsel
State Bar No. 24098318
jreyna@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Telecopy:    (214) 871-8209

**COUNSEL FOR DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

**\* signed with permission**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on 6th day of July, 2016.


 */s/ Matthew J. Worrall*
Matthew J. Worrall